**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| ENRIQUE DOMINGUEZ | § § | |
| v. | § § | Case No. 2:14-CV-47- MHS-RSP |
| LUFKIN INDUSTRIES, INC. | § § | |

## ORDER STAYING CASE

IT IS ORDERED that the case is hereby STAYED pending the Court's resolution of Defendant Lufkin Industries, Inc.'s Motion for Summary Judgment. (Dkt. No. 24.)

**SIGNED this 16th day of December, 2014.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE